Dustin A. KRAXNER, et al., Appellants,

v.

MID–CENTURY INSURANCE
CO., Respondent.

No. WD 46647.

Missouri Court of Appeals,
Western District.

Oct. 12, 1993.

Brian J. Klopfenstein, Kansas City, for appellants.

Lance W. LeFevre, Heilbron & Powell, Kansas City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Dustin A. Kraxner and David J. Kraxner, III, through their next friend and conservator, Tina Stewart, appeal the trial court's order granting summary judgment to Defendant Mid–Century Insurance Company on their claim for damages under the underinsured motorist provisions of David Kraxner II's policy of insurance.

Judgment is affirmed. Rule 84.16(b).